# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:07CR353 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TERRELL M. SMITH,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to substitute counsel (Filing No. 74). Defense counsel Cathy R. Saathoff seeks withdrawal due to a change in employment and suggests that her former employer, Michael D. Nelson, be appointed. The Defendant is incarcerated and is eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The court finds that the motion should be granted and substitute counsel appointed.

IT IS ORDERED:

1. The Defendant's motion to substitute counsel (Filing No. 74) is granted.

2. Cathy R. Saathoff is given leave to withdraw.

3. The Federal Public Defender for the District of Nebraska is appointed to forthwith provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. Counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, Defendant shall file a current and complete financial statement to aid the Court in determining whether any portion of counsel's fees and expenses should be reimbursed by Defendant.

5. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 1st day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge