IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:07CR353 |
| vs. | |
| TERRELL M. SMITH, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for a copy of his criminal docket sheet (Filing No. 148). The defendant claims he is indigent, which the court construes as a request for waiver of fees associated with the costs of the copies.

The Court sentenced the defendant on June 6, 2013 (Filing No. 132) for violating conditions of his supervised release. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of his docket sheet from the Clerk's Office, and to pay the costs of the same.

THEREFORE, IT IS ORDERED that the defendant's Motion for Copies and to waive such costs [148] is denied.

Dated this 11th day of September, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge